APPROVED and SO ORDERED.
ENTER: 10/10/2013

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS,
INC., PELVIC REPAIR SYSTEM PRODUCTS          MDL NO. 2325
LIABILITY LITIGATION

-----------------------------------------------
This Document Relates to All Cases

### MOTION TO WITHDRAW AS COUNSEL

Attorney Stacy K. Hauer moves to withdraw as counsel in MDL No. 2325 and all member civil actions related to MDL No. 2325.

Respectfully submitted,

By: /s/ Stacy K. Hauer
Stacy K. Hauer MN # 0317093
Johnson Becker, PLLC
33 S. Sixth Street, Suite 4530
Minneapolis, MN 55402
Email: shauer@johnsonbecker.com
(612) 436-1806
Facsimile: (612) 436-1801