**Court Minutes:**

Session: 2013-10-10                    Division: Hunt                    Courtroom: Huntington
Session Date: 10/10/2013              Session Time: 10:23
Judge: EIFERT, CHERYL
Reporter: Courtflow

Clerk(s): Mann, Sharon

---

Case ID: 0002

Case number: 2:12-md-02325
Plaintiff:
In Re: American Medical Systems, Inc., Pelvic Repair System

10/10/2013

14:36:19
                Recording Started:

14:36:19
                Case called

14:36:26        **General:**
                MOTION HEARING
14:36:35        Alexander Macia,  present
14:37:14        Michael Farrell, present
14:38:11        Henry Gerrard present
14:38:56        James S. Crockett,  present
14:52:03        Rachel Weil , present
14:52:06        Barbara Binis, present
14:52:07
14:52:08
14:52:09
14:52:10
14:52:11
14:52:14        Judge called to bench by Courtroom Deputy Clerk

14:55:17        **Judge: EIFERT, CHERYL**
                Called case, noted appearances of counsel,
                Requested an update on Mr. Fisher's  deposition
14:56:45        subpoena

14:57:49        **Pers. Attorney:**
                Mr. Crockett responds to the Court's request for
                argument on behalf of Dan
14:59:11        Christensen, and MedStar Funding, LC

15:09:36        **General:**
                Ms. Weil responds to the argument
15:10:02        Mrs. Exhibits 1, 2, and 3 identified for the record

15:17:26        **Judge: EIFERT, CHERYL**
                Discussion with the parties continues regarding
                motion

15:38:15        **General:**
                Ms. Eskin and Mr.  Garrard addresses the court

15:40:14        **Judge: EIFERT, CHERYL**
15:41:48        responds to the request of Mr. Garrard
                discussion with the parties about deposition
15:42:57        participation
                will issue an Order regarding the matters discussed

15:43:21        **General:**
                Hearing Adjourned

15:43:28        **Stop recording**