IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION



FILED

OCT 1 0 2013

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN RE: AMERICAN MEDICAL SYSTEMS, INC.
PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO.   2:12-MD-02325

**EXHIBIT LIST**

| Plf't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|-----------|-----------|-----------------|---------------|-------------|-----------|
| 1 | | 10/10/13 | | Medstar Funding Brochure | |
| 2 | | 10/10/13 | | Email from John Bixler to Barbara Binis | |
| 3 | | 10/10/13 | | Medstar Lien Funding | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Location options: Clerk's Office; Plaintiff Attorney; Defense Attorney; U. S. Marshal