USDC/ATTY-010 (Rev. 1/12) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

IN RE: AMERICAN MEDICAL SYSTEMS, INC.
PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY

**V.**

CASE NUMBER 2:12-md-02325 (MDL No. 2325)

DANIEL CHRISTENSEN, MEDSTAR FUNDING, LC

Subpoenaed Parties.

## REQUEST FOR TRANSCRIPT FROM AN ELECTRONIC RECORDING OR FOR PURCHASING A COPY OF AN AUDIO TAPE OR CD

Requestor's name: Alexander Macia, Spilman Thomas & Battle, PLLC

Address: 300 Kanawha Boulevard East

Telephone: 304-340-3835     Fax: 304-720-3400

E-mail address: amacia@spilmanlaw.com

Judicial officer presiding: Cheryl Eifert

Proceeding date(s): 10/10/2013

Proceeding location(s): Huntington

Proceeding type(s)[1]: Motion Hearing

Attorney present at hearing *(list all attorneys)*:

Alexander Macia
James Crockett, Jr.

Witness called at proceeding *(list all witnesses)*:

Court reporter name/Tape number/Courtflow: _____

---

[1] Proceeding types include: Motion Hearing, Voir Dire, Jury Selection, Jury Trial, Day 1, 2, etc., Bench Trial, Day 1, 2, etc., Jury Verdict, Sentencing, Bond Hearing, Detention Hearing, Etc.

**USDC/ATTY-010 (Rev. 1/12) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD**

Indicate type of transcript requested:

- [ ] Ordinary transcript (due 30 days from date assigned to court reporter)
- [x] 14-Day transcript (due 14 days from date assigned to court reporter)
- [ ] Expedited (due 7 days from date assigned to court reporter)
- [ ] Daily (due by 5:00 PM the day following assignment to court reporter)
- [ ] Hourly
- [ ] Copy of an audio tape or CD of an electronically recorded proceeding

Additional instructions *(Provide additional information which will aid in the preparation of the transcript)*:

I acknowledge that I am responsible for payment to the court reporter for the cost of a transcript of the proceedings described herein or that I am responsible to the Clerk of Court for payment of the cost for recording of the proceedings described herein. Further, I understand that this request will not be processed until appropriate financial arrangements are made.

By: _[signature]_
*Requestor's Signature or e-Signature*

Date: 10/11/2013

- [x] Attorney (Civil or Criminal)
- [ ] CJA Attorney (completed CJA-24 attached)
- [ ] Federal Public Defender
- [ ] Assistant United States Attorney
- [ ] Pro Se Litigant

**FOR OFFICIAL COURT USE ONLY:**

Court reporter assigned: _____

Date assigned: _____

Delivery method:
- [ ] Hold for pickup
- [ ] Mail to above address
- [ ] Mail to: _____
- [ ] Ship overnight:
    via _____   Account no.: _____   Priority: _____