IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.
       PELVIC REPAIR SYSTEMS
       PRODUCTS LIABILITY LITIGATION       MDL NO. 2325

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2325, 2:12-md-2325 [ECF No. 6925], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibits A-E, and American Medical Systems, Inc. ("AMS"), seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. If no other defendants remain in an individual action, it is further **ORDERED** that those actions are **STRICKEN** from the docket and any motions pending in the individual case at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to dismiss AMS from the actions listed on the attached Exhibits A-E, close all cases with no remaining defendants, and file a copy of this order in 2:12-md-2325 and in the individual cases listed on the attached Exhibits A-E.

ENTER: November 27, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – LAW OFFICES OF BILL BAILEY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-14791 | Betty Rae Kenworthy v. American Medical Systems, Inc. |

## EXHIBIT B – COVENEY LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-CV-10953 | Linda Lee v. American Medical Systems, Inc. |

## EXHIBIT C – FLINT LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-11250 | Lisa M. Flippo v. American Medical Systems, Inc. |
| 2:17-CV-03167 | Margaret Schlosser, Glen Schlosser v. American Medical Systems, Inc. |

## EXHIBIT D – LAW OFFICES OF PRICE AINSWORTH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05176 | Kathy Simmons v. American Medical Systems, Inc. |
| 2:12-CV-06966 | Linda Myer v. American Medical Systems, Inc. |
| 2:13-CV-26365 | Anita Moncada v. American Medical Systems, Inc. |

**EXHIBIT E – WEXLER WALLACE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-CV-02003 | Hazel Stanton, Hillory E. Stanton v. American Medical Systems, Inc. |